IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TRESTON HOLLINGER,

      Petitioner,

v.

      Case No. 5D23-1895
      LT Case No. 2002-CF-002231-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 4, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Treston Hollinger, DeFuniak Springs,
pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the March 16, 2023 order denying the criminal petition for writ of habeas

corpus rendered in Case No. 2002-CF-002231-A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., JAY and SOUD, JJ., concur.